A89A2228. SOUTHERN ENGINEERING COMPANY v. CENTRAL GEORGIA ELECTRIC MEMBERSHIP CORPORATION.
(398 SE2d 866)

DEEN, Presiding Judge.

The judgment in the captioned case at 193 Ga. App. 878 (389 SE2d 380) (1989) having been reversed by the Supreme Court of Georgia, 260 Ga. 409 (395 SE2d 809) (1990), this case is remanded to the Putnam County Superior Court so that, pursuant to the Supreme Court's judgment, Central Georgia Electric Membership Corporation may be granted time in which to file the affidavit prescribed in OCGA § 9-11-9.1.

*Judgment affirmed with direction. Birdsong and Cooper, JJ., concur.*

DECIDED OCTOBER 29, 1990.

*Webb, Carlock, Copeland, Semler & Stair, Kent T. Stair, R. Michael Ethridge*, for appellant.
*Jesse Copelan, Jr., C. Robert Melton, David G. Kopp, Nall,*

*Miller, Owens, Hocutt & Howard, Robert B. Hocutt,* for appellee.